**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1376

TANIA BAKER,

Plaintiff - Appellant,

v.

LOUIS E. WOOLARD, LCSWC-C; MARY ELLEN CAHILL, Intake
Specialist; EVELYN YAP, LCSWC-C,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine C. Blake, District Judge.
(1:11-cv-02484-CCB)

Submitted:  May 24, 2012               Decided:  May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tania Baker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tania Baker appeals the district court's order denying her motion for reconsideration under Fed. R. Civ. P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Baker v. Woolard</u>, No. 1:11-cv-02484-CCB (D. Md. Mar. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>